OFFICE OF THE CLERK, U. S. DISTRICT COURT. ROMAN HRUSKA

U. S. COURT HOUSE   PLAZA S T E 1152

OMAHA NEBRASKA, 68102-1322.



Kennerh Martensen Pro: Se      (                    March 15, 2018
                               (
Dale Martensen; Pro Se         (
                               (
        Plaintiff's            (        WRIT TO BE ENTERED INTO COURT
                               (
        v.                     (        CRIMINAL          8:18cv126
                               (
Lynda R. Bowen.                (        COMPLAINT
                               (
                               (        CIVIL RIGHT'S VIOLATION
                               (
                    RECEIVED   (        MOTION FOR COLLECTION
                               (
Accomplice          MAR 2 2 2018 (      AFFIDAVIT OF FACTS
                               (
Daniel A. Fuller               (
                               (
        Defendant's  U.S. DISTRICT COURT (    SEE EXHIBITS ATTACHED

We are the errors of the estate of Margaret Martensen, Kenneth Martensen, Dale
Martensen, and Lynda Bowen who own 1/3 to each of the property. The South Half of the
Northeast Quarter of Section 13. Township 18 North, Range Three, west of the 6th P. M. in
Platte County Nebraska. Petition objecting to formal probate of the will and codicil and
objecting to the determination of heirs, In paragraphs 7 and 8 states that the property is
owned by 1/3 interest each`

There was no court order to sell this property, and no order given Lynda Bowen
ownership of this property except of the 1/3 of this property that was inherited to her.
Due to no ownership to the 2/3 of the property own by Kenneth Martensen, and Dale
Martensen. The 1/3 said property was owned by Kenneth Martensen was an oral leased
to Dale Martensen. Rent is due on 2/3 for 23 years on said property and 6 percent interest,
that is owed. Or the property can be purched by Lynda Bowen and at appraised value.

Due to the 1/3 of the property owned by Dale Martensen why was the machinery stolen or sold. Notice to quit was signed by Daniel A. Fullner #15948, it states that Dale Martensen could not permitted or allowed to till the soil or to store any farm equipment upon the above described premises, effective immediately. Lynda Bowens address now is 3406 30th S. Columbus Nebraska 68601. Wirt thhis paperwork is to enter into court.

Kenneth Martensen   Pro Se
1219 M St.
Ord Nebraska  68862

Dale Martensen   Pro Se
2511 22nd St.
Columbus Nebraska  68601

Certified Mail No.   7016 0910 0000 9842 8210

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing documents was delivered by U. S. Mail, first class postage paid upon the following parties, listed below, on the

_19_ day of _March_ 2018.

OFFICE OF THE CLERK, U. S. DISTRICT COURT. ROMAN HRUSKA

U. S. COURT HOUSE  PLAZA S T E 1152

OMAHA NEBRASKA,  68102-1322

EXHIBITS

FILED

IN THE COUNTY COURT OF PLATTE COUNTY, NEBRASKA DEC 1. 1996

PLATTE COUNTY COURT

IN THE MATTER OF                )      PR 95-114
THE ESTATE OF                   )
                                )
MARGARET M. MARTENSEN           )  PETITION OBJECTING TO FORMAL
                                )      PROBATE OF THE WILL AND
        Deceased.               )  CODICIL AND OBJECTING TO THE
                                )      DETERMINATION OF HEIRS.

    COMES NOW Petitioners, Kenneth E. Martensen and Dale L. Martensen, sons of Margaret M. Martensen, deceased, and hereby object to the formal Probate of the Will and Codicil filed with the Court and object to the determination of heirs and state as follows:

    1.    Decedent passed away July 23rd, 1995.

    2.    Kenneth E. Martensen, son, was informally appointed as Personal Representative by this Court on September 15th, 1995. The last Will and Testament of Margaret M. Martensen, dated June 11th, 1987 and the first Codicil to said Will, dated December 17th, 1994, was filed with the Petition requesting appointment of Kenneth E. Martensen.

    3.    That Lynda R. Bowen, daughter, filed a Petition for formal Probate of Will and determination of heirs and removal of Personal Representative, approximately October 5th, 1996.

    4.    That on November 27th, 1996, a hearing was held in the Platte County Court, wherein Kenneth E. Martensen, voluntarily resigned as Personal Representative and Dale L. Martensen voluntarily declined appointment as Personal Representative, wherein the Court granted the request of the Petition and appointed Lynda R. Bowen as Personal Representative.

    5.    That the deceased owned a certain farm in Platte County, legally described as the South Half of the Northeast Quarter of Section 13, Township 18 North, Range 3 West of the 6th P.M., Platte County, Nebraska, (approximately 80 acres, more or less) and the first Codicil of the deceased purports to give said farm to Lynda R. Bowen, daughter and Successor Personal Representative.

    6.    A discussion was held between the deceased and her three children, Kenneth Martensen, Dale Martensen and Lynda Bowen, prior to the execution of her Will in June of 1987. The deceased expressed concern that Kenneth Martensen and Dale Martensen had financial problems existing between themselves and Farmers Home Administration and the deceased did not want to give the family farm to all three

OGLESBY LAW
OFFICES, P.C.
650 J STREET
SUITE 400
OLN, NEBRASKA 68508
(402) 476-3434
AX (402) 476-8002

1-10-07  40

Page 2

children if Farm Home Administration was going to claim the interest of Kenneth and Dale. She therefore determined to Will the interest in the real estate to the issue of all three children and did so in Paragraph IV, of her Will, dated June 11th, 1987.

7.    That in December, 1994, the deceased was hospitalized in Lincoln and an additional discussion was had between the deceased and her three children. The deceased indicated that she was going to sign a Codicil, changing Paragraph IV, so that the real estate would be given to her daughter Lynda Bowen, but that Lynda Bowen was instructed by the deceased, to hold such real estate in Trust and that each child, namely Kenneth, Dale and Lynda should ultimately receive a 1/3 interest in the real estate. After said discussion, deceased signed the Codicil to the Will, which Codicil is filed for Probate herein. The deceased and each of her three children, while meeting together, agreed that Lynda Bowen should hold legal title to the real estate under the first Codicil of the Will in reliance upon her representation, that she would hold title for the benefit of all three children. After this oral agreement was made and entered into, in reliance upon said agreement, Margaret Martensen executed the first Codicil to her Will, giving legal title to the land to her daughter Lynda Bowen, upon her demise.

8.    That the title to said real estate, upon the death of Margaret M. Martensen, was held by Lynda Bowen in an Oral Constructive Trust. The terms of the Constructive Trust were that Linda Bowen would hold title for the benefit of Lynda Bowen, Dale Martensen and Kenneth Martensen and that Lynda Bowen should convey a 1/3 interest in said real estate to each of her brothers.

9.    That Lynda Bowen has refused to acknowledge the existence of said Constructive Trust and states that she is entitled sole ownership of said real estate and states that as Personal Representative, she intends to execute a Deed, giving the entire legal ownership of the real estate in question, to herself.

WHEREFORE Petitioners pray that the Court set this matter for a hearing and that after notice and hearing, that the Court find that a Constructive Trust exists as established by the deceased and that the Personal Representative be ordered to distributed an undivided 1/3 interest in the real property, to each of the surviving children of the deceased and to reimburse Kenneth Martensen and Dale Martensen for the Attorney's fees they have expended in this matter.

OGLESBY LAW
OFFICES, P.C.
650 J STREET
SUITE 400
OLN, NEBRASKA 68508
(402) 476-3434
AX (402) 476-8002

Page 3

KENNETH E. MARTENSEN and DALE L. MARTENSEN,
Petitioners,

by: _____
GENE T. OGLESBY, #13122
650 J STR STE 400
LINCOLN, NE 68508
(402) 476-3434


C E R T I F I C A T E   O F   S E R V I C E


The undersigned hereby certifies that a true and correct copy of the foregoing was sent on this 18th day of December, 1996, to the following; Daniel Fullner Po Box 510, Madison, NE 68748.

_____

OGLESBY LAW
OFFICES, P.C.
650 J STREET
SUITE 400
OLN, NEBRASKA 68508
(402) 476-3434
FAX (402) 476-8002

Page 3

KENNETH E. MARTENSEN and DALE L. MARTENSEN,
Petitioners,

by: _____

GENE T. OGLESBY, #13122
650 J STR STE 400
LINCOLN, NE 68508
(402) 476-3434


C E R T I F I C A T E    O F    S E R V I C E


The undersigned hereby certifies that a true and correct copy of the foregoing was sent on this 18th day of December, 1996, to the following; Daniel Fullner Po Box 510, Madison, NE 68748.

_____

OGLESBY LAW
OFFICES, P.C.
650 J STREET
SUITE 400
COLN, NEBRASKA 68508
(402) 476-3434
FAX (402) 476-8002

Kenneth Martensen
1219 M St.
Ord Nebraska 68862



**RECEIVED**

MAR 22 2018

CLERK
U.S. DISTRICT COURT



1023

68102

U.S. POSTAGE
PAID
ORD, NE
68862
MAR 19 18
AMOUNT
**$4.16**
R2304W119924-03



**CERTIFIED MAIL**®

7016 0910 0000 9842 8210

Office of the Clerk
U.S. District Court    111 S. 18TH plaza
Roman Hruska
U.S. Court House Plaza STE 1152
Omaha Nebraska 68102-1322

1322 C016