IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH MARTENSEN and DALE MARTENSEN, | ) ) ) | 8:18CV126 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MEMORANDUM AND ORDER |
| LYNDA R. BOWEN and DANIEL A. FULLER, | ) ) ) | |
| Defendants. | ) | |

On April 9, 2018, upon initial review of Plaintiffs' Complaint, the court entered a Memorandum and Order which, rather than dismissing the action immediately, gave Plaintiffs "30 days in which to file an Amended Complaint that shows the court has subject-matter jurisdiction ... and that contains sufficient facts to state a claim upon which relief can be granted in favor of Plaintiffs and against Defendants" (Filing No. 7). On April 30, 2018, Plaintiffs filed a Motion requesting a 60-day extension of time "due to research being done in, County Court of Platte County, Case NO. PR 95 114" (Filing No. 8). Plaintiff's motion will be denied because they have failed to make a showing of good cause for an extension of time.

IT IS THEREFORE ORDERED that Plaintiffs' motion for extension of time (Filing No. 8) is denied. Plaintiff's failure to file an Amended Complaint on or before May 9, 2018, will result in the dismissal of this action without prejudice.

DATED this 1st day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge